# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

143432

CHARLES MORRIS,
        Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
        Defendant-Appellee,

and

AAA OF MICHIGAN,
        Defendant.

_____/

SC: 143432
COA: 296343
Wayne CC: 08-121147-CK

      By order of June 6, 2012, the application for leave to appeal the April 21, 2011 judgment of the Court of Appeals was held in abeyance pending the decision in *Harris v ACIA* (Docket No. 144579). On order of the Court, the case having been decided on July 29, 2013, 494 Mich 462 (2013), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



d0122

Clerk